UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


PREFERRED MUTUAL INSURANCE    )
COMPANY, Plaintiff                     )
                                      )
v.                                 )       CIVIL ACTION NO.
                                      )
JOHN J. GOUDEY, d/b/a JOHN J.    )
GOUDEY, INC., JOHN J. GOUDEY,   )
INC., and LLOYD A. GELWAN, Defendants  )

CORPORATE DISCLOSURE STATEMENT

Preferred Mutual Insurance Company ("Preferred") certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with its principal place of business in New Berlin, New York. Preferred submits the following statement of its corporate interests and affiliations pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.3, for the use of the judges of this Court.

    1. Preferred is not a publicly-held corporation or other publicly-held corporation.

    2. Preferred does not have any parent corporations.

    3. No publicly-held corporation owns 10 percent or more of Preferred's stock.

                                             PREFERRED MUTUAL INSURANCE
                                           COMPANY, Plaintiff


                                           By  /s/ John  B. Stewart
                                           JOHN B. STEWART (BBO #551180)
                                           MURPHY & MANITSAS, LLP
                                           20 Maple Street, Suite 301
                                           Springfield, MA 01103
                                           Ph. (413) 733-4402 x105
                                           Fax (413) 733-4403
                                           E-mail: TheTrialer@aol.com